UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Manuel Rodriguez, | ) | CASE NO.: 1:11CV1633 |
| | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| Plaintiff(s) | ) | |
| | ) | |
| vs. | ) | NOTICE OF CASE MANAGEMENT |
| | ) | CONFERENCE |
| PPG Industries, Inc., | ) | |
| | ) | |
| Defendant(s). | ) | |

All counsel and/or parties will take notice that the above-entitled action has been set for a Case Management Conference ("CMC") on **October 21, 2011 at 9:15 a.m.** before Judge Patricia A. Gaughan. United States District Court Local Rule Section 16.1 will apply to this case. **The conference will be held by telephone with the court initiating the call.**

Except in government collection cases and actions by unrepresented prisoners, the parties shall meet prior to the CMC to discuss the case and prepare the proposed discovery plan pursuant to Fed. R. Civ. P. 26 (f). The parties shall, at or within 10 days after the meeting and without awaiting a discovery request, provide the basic information to the other parties specified by Fed. R. Civ. P. 26 (a) (1) (initial disclosures). A Report of Parties' Planning Meeting (see attached form), shall be filed with the Court at least three working days before the CMC. Pursuant to Fed. R. Civ. P. 26 (d), a party may not seek formal discovery from any source before the parties have met and conferred.

Unless otherwise ordered by the Court, initial disclosures, discovery depositions, interrogatories, requests for documents, request for admissions, and answers and responses thereto shall <u>not</u> be filed with the Clerk's Office, except that discovery materials may be filed as evidence in support of a motion or for use at trial.

It is the responsibility of counsel for the plaintiff (s) to verify that a copy of this Order has been received by counsel for defendant (s) or, if no counsel has entered an appearance for defendant (s), has been received by defendant(s).

During the course of litigation, any questions or concerns regarding any aspect of this case should be directed (216) 357-7210.

IT IS SO ORDERED.

Date:   9/02/11  

/s/Patricia A. Gaughan  
PATRICIA  A. GAUGHAN  
UNITED STATES DISTRICT JUDGE

**ATTACHMENT 1**

UNITED STATES DISTRICT COURT
NORTER DISTRICT OF OHIO

| | | |
|---|---|---|
| Manuel Rodriguez, | ) | CASE NO.: 1:11CV1633 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | REPORT OR PARTIES' PLANNING |
| PPG Industries, Inc., | ) | MEETING UNDER FED. R. CIV. |
| | ) | 26 (f) AND L.R. 16.3 (b) |
| | ) | |
| Defendant (s). | ) | |

1. Pursuant to Fed. R. Civ. P. 26 (f) and L.R. 16.3 (b), a meeting was held on

 _____, 200\_\_\_\_, and was attended by:

 _____ Counsel for plaintiff (s) _____

 _____ Counsel for plaintiff (s) _____

 _____ Counsel for defendant(s)_____

 _____ Counsel for defendant(s) _____

2. The parties:

_____ have exchanged the pre-discovery disclosures required by Rule 26 (a) (1) and the

 Court's prior order;

_____ will exchange such disclosures by _____ , 200\_\_\_\_

_____ have not been required to make initial disclosures.

3. The parties recommend the following track:

_____ Expedited _____ Standard _____ Complex

_____ Administrative _____ Mass Tort

4. This case _____ is/ _____ is not suitable for Electronic Case Filing (ECF).

5. Choose one of the following:

_____ This case **is** suitable **now** for **Early Neutral Evaluation/Mediation/Arbitration.**

or,

_____ Case **is not** suitable for ADR at this time but may be after discovery.

or,

_____ Case **is not** suitable for ADR at any time.

6. The parties _____ do/ _____ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S. C.§ 636 (c).

7. Recommended Discovery Plan:

   a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

   _____

   _____

   _____

   b) Non-Expert discovery cut-off date: _____

   c) Expert report for the party with the burden of proof due date: _____

      Rebuttal expert report due date: _____

      Expert discovery cut-off date: _____

8. The pleadings shall be amended **without leave of Court** on or before: _____.

9. Recommended dispositive motion date: _____.

10. Recommended date for a Status Conference/Settlement Conference is _____.

11. Other matters for the attention of the Court:

_____

_____

_____

_____

_____

Attorney for Plaintiff (s) _____

Attorney for Plaintiff (s) _____

Attorney for Plaintiff (s) _____

Attorney for Defendant(s) _____

Attorney for Defendant(s) _____

Attorney for Defendant(s) _____